UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**KARRA LINDEMANN**

      **Plaintiff,**

v.                                                                                          Case No. 8:13-cv-1566-T-17TBM

**GC SERVICES LIMITED PARTNERSHIP,**

      **Defendant.**
_____/

## O R D E R

THIS MATTER is before the Court on **Plaintiff's Verified Motion to Compel Defendant's Responses to Discovery Requests** (Doc. 13) and the parties' **Unopposed Motion for a Protective Order on behalf of GC Services, LP** (Doc. 15).  By the Joint Status Report (Doc. 17), the parties represent that they have fully resolved their differences and anticipate submitting closing documents within the next thirty days.

Accordingly, **Plaintiff's Verified Motion to Compel Defendant's Responses to Discovery Requests** (Doc. 13) and the parties' **Unopposed Motion for a Protective Order on behalf of GC Services, LP** (Doc. 15) are **DENIED without prejudice**.  Should the case fail to settle, the parties may renew their motions with the Court.

**Done and Ordered** in Tampa, Florida, this 31st day of December 2013.

THOMAS B. McCOUN III
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
Counsel of Record