UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

KARRA LINDEMANN,

    Plaintiff,

v.                                      CASE NO.:  8:13-CV-01566-EAK-TBM

GC SERVICES LIMITED
PARTNERSHIP,

    Defendant.
_____/

## JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

    COMES NOW, the Parties in the above styled action, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), having amicably resolved all matter in controversy, and hereby jointly stipulate to a Dismissal with Prejudice of this action with each party to bear its own attorney's fees and costs except as otherwise agreed by the parties.

    Respectfully submitted by:

| | |
|---|---|
| /s/ James S. Giardina | /s/  John P. Gaset |
| **JAMES GIARDINA, ESQ.** | **JOHN P. GASET, ESQ.** |
| Florida Bar No.  0942421 | Florida Bar No.  98415 |
| James@ConsumerRightsLawGroup.com | jgaset@hinshawlaw.com |
| The Consumer Rights Law Group, PLLC | HINSHAW & CULBERTSON LLP |
| 3104 W. Waters Avenues, Suite 200 | 100 South Ashley Drive, Suite 500 |
| Tampa, Florida 33614-2877 | Tampa, Florida 33602-5301 |
| Telephone: (813) 435-5055 ext 101 | Telephone: (813) 276-1662 |
| Facsimile: (866) 535-7199 | Facsimile:  (813) 276-1956 |
| **Counsel for Plaintiff** | **Counsel for Defendant** |

## **CERTIFICATE OF SERVICE**

      I hereby certify that on January 22, 2014 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF.  I also certify that the foregoing document is being served this day on all counsel either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

       /s/ *John P. Gaset*
      **JOHN P. GASET, ESQ.**
      Florida Bar No.  98415